UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Jesus Vega

          Plaintiff(s),

-against-

City of New York
Captain Thomas Amadeo

          Defendant(s).

------------------------------------------------------------x

ORDER OF DISCONTINUANCE

08 Civ. 1501 (LTS)(FM)

It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within ~~30~~ 45 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
               September 25, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/09

_____
FRANK MAAS
United States Magistrate Judge

Asher Rivner
Attorney(s) for Plaintiff
O'Melveny & Meyers LLP

Agreed and Consented to:

Jessica Cohen
Attorney(s) for Defendant
Assistant Corporation Counsel

Agreed and Consented to: